Noris Med., Inc v Habi (2024 NY Slip Op 01348)

Noris Med., Inc v Habi

2024 NY Slip Op 01348

Decided on March 14, 2024

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: March 14, 2024

Before: Kern, J.P., Friedman, Kapnick, Gesmer, Rodriguez, JJ. 

Index No. 654964/22 Appeal No. 1858 Case No. 2023-04366 

[*1]Noris Medical, Inc, Plaintiff-Respondent,
v
Neta Habi, as Administrator of the Estate of Liran Hagbi, Defendant-Appellant. _ [And A Third-Party Action]

An appeal having been taken to this Court by the above-named appellant from an order of the Supreme Court, New York County (Arlene P. Bluth, J.), entered on or about July 31, 2023,
And said appeal having been argued by counsel for the respective parties; and due deliberation having been had thereon, and upon the stipulation of the parties hereto dated March 06, 2024,
It is unanimously ordered that said appeal be and the same is hereby withdrawn in accordance with the terms of the aforesaid stipulation.
ENTERED: March 14, 2024